### CLARK vs. WOOD and others.

In a suit on a joint and several bond against several defendants who defend separately, if the plaintiff settles the suit with one or more of the defendants without the concurrence of the others, he is liable to such others for the costs of the defence, and a rule will be granted that he pay such costs, unless he proceed to the trial of the issues joined with such defendants or consent to judgment of discontinuance with costs.

October 4.

THE plaintiff commenced a suit against Wood and two others on a joint and several bond. Wood defended separately. The plaintiff and the two other defendants, after the plaintiff had obtained a verdict, which, on the application of Wood, was set aside and a new trial ordered, settled the suit. Wood did not concur in the settlement, and now asked for a rule that the plaintiff pay to him the costs of the defence, which was *granted by the Court*, unless the plaintiff proceed to the trial of the issue joined between him and Wood, or consent that judgment of discontinuance be entered against him with costs, in case he has incapaciated himself by the settlement from trying the cause.